IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| BRIAN EVANS, | ) | CIVIL NO. 13-00267 SOM/BMK |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION AND GRANTING |
| vs. | ) | PLAINTIFF'S APPLICATION TO |
| | ) | PROCEED WITHOUT PREPAYING |
| CERBERUS CAPITAL MANAGEMENT, ET AL., | ) | FEES OR COSTS |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**ORDER ADOPTING FINDINGS AND RECOMMENDATION AND GRANTING PLAINTIFF'S APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS**

On May 28, 2013, Plaintiff Brian Evans filed the Complaint in this matter.  ECF No. 1.  That same day, Evans filed an Application to Proceed Without Prepaying Fees or Costs (the "IFP").  ECF No. 4.  On June 13, 2013, Magistrate Judge Kurren issued his Findings and Recommendation (the "F&R"), recommending dismissal of Evans's Complaint and denial of the IFP.  ECF No. 12.  In his F&R, Magistrate Judge Kurren noted that Evans had failed to properly allege subject matter jurisdiction.  Id. at 2.  In particular, Magistrate Judge Kurren reasoned: "Plaintiff asserts diversity jurisdiction, but he has not properly pled the facts necessary to establish diversity of citizenship."  Id.  On June 16, 2013, even before the district judge had adopted the F&R, Evans filed both a First Amended Complaint and a second IFP.  ECF Nos. 13 and 14.  Because Evans's First Amended Complaint

adequately pleads the facts necessary to assert diversity jurisdiction, Evans's second IFP application is granted.

For the court to grant the IFP, Evans must establish that he is a pauper.  To do so, he must submit an affidavit that includes a statement of the assets he possesses and a statement that he is unable to pay the cost of this proceeding or give security therefor.  28 U.S.C. § 1915(a)(1).  Having reviewed the information provided by Evans, the court determines that he has established that he is unable to pay the cost of this proceeding or give security therefor.  Accordingly, the court grants Evans's IFP.  The court also adopts the F&R given what appears to be Evans's decision not to object to it.

A plaintiff who is granted permission by the court to Proceed in Forma Pauperis is entitled to have service of process made by the United States Marshal. 28 U.S.C. § 1915(d).  The Clerk of the Court is directed to issue a summons and provide Evans with the summons, certified copies of both this Order and the Complaint, and a blank U.S. Marshal Form 285.  Evans shall complete the U.S. Marshal Form 285, and forward the Form 285 along with the designated copies of this Order and the Complaint to the U.S. Marshal.  The U.S. Marshal shall serve a copy of the Complaint and summons upon each Defendant as directed by Evans on each U.S. Marshal Form 285.

```
        IT IS SO ORDERED.

        DATED: Honolulu, Hawaii, June 20, 2013.
```



```
                            /s/ Susan Oki Mollway
                           Susan Oki Mollway
                           United States District Judge
```

Evans v. Cerberus Capital Management, et al.; Civil No. 13-00267 SOM/BMK; ORDER ADOPTING FINDINGS AND RECOMMENDATION AND GRANTING PLAINTIFF'S APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS